United States District Court
Southern District of Texas
**ENTERED**
March 11, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW PAYAM SHALOUEI, TDCJ No. 2030642,<br>　　　　Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal Justice, Correctional Institutions Division,<br>　　　　Respondent. | § § § § § § § § § § § § § CIVIL ACTION NO. H-18-004406 |

## ORDER EXTENDING TIME TO FILE ANSWER

On the motion of Respondent, the Director's time for filing her answer is extended for thirty days, up to and including Wednesday, April 10, 2019.

It is so ORDERED.

SIGNED on this the __11__ day of __March__, 2019.

_____
~~PRESIDING JUDGE~~ U.S.M.J.