Date: 5.24.2019
To: Clerk of Court
P.O. Box 61010
Houston, TX 77208-1010
Re: Petitioner's Change of Address

United States Courts
Southern District of Texas
FILED
MAY 30 2019
David J. Bradley, Clerk of Court

MATTHEW P. SHALOUEI
TDCV-CID #2030642
GIB LEWIS UNIT
777 FM 3497
WOODVILLE, TEXAS 75990

Case Number: 4:18-CV-04406
Civil Number: 4-18-04406

Dear Clerk,

On May 20, 2019 I received notice that I was being transferred from the Alfred D. Hughes Unit in Gatesville, Texas were I had previously filed the writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. I am now assigned here at the Gib Lewis Unit in Woodville, Texas. Please send all the Court's notices, filings, and any important documents here at this address.

Thank you so much and your cooperation is highly appreciated in this matter.

Signed May 24, 2019

Matthew P. Shalouei,
Petitioner, pro se.

Matthew Malout
#02030642
C.6 Lewis Unit
777 FM 3497
Woodville, TX 75990

U.S. District Court
Southern District of Texas
Clerk of Court
P.O. Box 61010
Houston, TX 77208-1010

David J. Bradley, Clerk of Court

United States Courts
Southern District of Texas
FILED
MAY 30 2019

LEGAL... LEGAL... LEGAL...   77208-101010