UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

|  |  |
|---|---|
| Matthew Payam Shalouei, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action H-18-4406 |
| § | |
| Lorie Davis, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## Order of Adoption

On December 9, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (18) recommending that the court deny Matthew Shalouei's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed January 9, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge